CLOSED, MDL, STAYED, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-03840**

Blair v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Keith P Ellison
Cause: 28:1332 Diversity-Product Liability

Date Filed: 11/15/2007
Date Terminated: 01/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Dorothy Kerns Blair** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **D Mitchell McFarland**
500 Dallas Street
Ste 2600
Houston, Tx 77002
713-843-7900
Fax: 713-843-7901
Email:
mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number |

| | | |
|---|---|---|
| | | 3224036) filed by Dorothy Kerns Blair. (Attachments: # 1 Civil Cover Sheet Dorothy Kerns Blair)(Alexander, David) (Entered: 11/15/2007) |
| 11/16/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/4/2008 at 03:30 PM in Room 3716 before Judge Keith P Ellison.( Signed by Judge Keith P Ellison ) Parties notified.(smurdock, ) (Entered: 11/16/2007) |
| 11/30/2007 | 3 | First CERTIFICATE OF INTERESTED PARTIES by Dorothy Kerns Blair, filed.(Alexander, David) (Entered: 11/30/2007) |
| 12/07/2007 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc., filed.(kettac, ) (Entered: 12/07/2007) |
| 12/12/2007 | 4 | NOTICE of Resetting. Initial Conference set for 1/4/2008 at 3:30 PM has been reset to 3/18/2008 at 02:30 PM in Chambers, Room 3716 before Judge Keith P Ellison, filed. Parties notified. (csonnier, ) (Entered: 12/12/2007) |
| 12/18/2007 | 5 | Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL* by Davol, Inc., C. R. Bard, Inc., filed. Motion Docket Date 1/7/2008. (Attachments: # 1 Exhibit 1# 2 Proposed Order Unopposed Motion to Stay)(McFarland, D) (Entered: 12/18/2007) |
| 12/19/2007 | 6 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 12/10/2007, answer due 12/31/2007, filed.(mharrison, ) (Entered: 12/20/2007) |
| 12/19/2007 | 7 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 12/10/2007, answer due 12/31/2007, filed.(mmapps, ) (Entered: 12/20/2007) |
| 01/02/2008 | 8 | Order GRANTING 5 Motion to Stay Pending Transfer to MDL.( Signed by Judge Keith P Ellison ) Parties notified.(csonnier, ) (Entered: 01/03/2008) |
| 01/14/2008 | 9 | JPML CONDITIONAL TRANSFER ORDER (CTO-12) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842. Case terminated on 1/14/08. Parties notified. (jbradford, ) (Entered: 01/17/2008) |
| 01/17/2008 | | MDL transfer to District of Rhode Island. Case transferred electronically. Rhode Island case number 08-2073. (jbradford, ) (Entered: 01/17/2008) |

## PACER Service Center

### Transaction Receipt

| | | | |
|---|---|---|---|
| 02/07/2008 15:17:38 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:07-cv-03840 |
| | | | |

| | | | |
|---|---|---|---|
| **Billable Pages:** | 2 | **Cost:** | 0.16 |